IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

MARSHAUN LYNN ROBINSON, #1684035 §

VS. § CIVIL ACTION NO. 6:14cv701

WILLIAM STEPHENS, ET AL. §

ORDER DENYING MOTIONS FOR PRELIMINARY
INJUNCTION AND TEMPORARY RESTRAINING ORDER

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report of the Magistrate Judge (docket entry #43), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.

Plaintiff filed an objection to the Report and Recommendation (docket entry #47). Plaintiff repeats his claim of harassment and repeats his claim that one of the defendants took a piece of mail from him after Plaintiff removed personal information from the envelope which contained the letter. *See* Objection to the Report and Recommendation at 1-2. The Report and Recommendation set forth the legal requirements for obtaining injunctive relief. These threshold legal requirements have not been met. Robinson has not demonstrated a substantial likelihood of prevailing on the merits of his claim, nor a substantial threat of irreparable injury. Robinson has not demonstrated that the granting of the requested relief would not dis-serve the public interest.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. The Court therefore denies all relief requested in Plaintiff's motions, and adopts the Report and Recommendation as the findings and conclusions of the Court. It is therefore

1

**ORDERED** that the Report and Recommendation on Petitioner's motions for a preliminary injunction and a temporary restraining order (docket entry #43) and motion for a temporary restraining order (docket entry #5) is **ADOPTED**. It is further

**ORDERED** that Petitioner's motion for a preliminary injunction and a temporary restraining order (docket entry #26) and Petitioner's "motion for restraint" (docket entry #5) are **DENIED**.

**SIGNED this 29th day of September, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE